CITY AND COUNTY OF HONOLULU, a municipal corporation, Plaintiff-Appellee, *v.* FREDERIC KWAI TIN CHUN, RUBY WONG CHUN, Defendants-Appellants, and AETNA LIFE INSURANCE COMPANY and FINANCE FACTORS, LIMITED, Defendants

No. 5218

April 30, 1973

Richardson, C.J., Marumoto, Abe, Levinson and Kobayashi, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Levinson, J., having dissented from the opinion of the court, does not concur.

*Arthur S. K. Fong* for the petition.